Daniel Srourian, Esq. [SBN 285678]
SROURIAN LAW FIRM, P.C.
468 N. Camden Dr., Suite 200
Beverly Hills, CA 90210
Telephone: (213) 474-3800
Fax: (213) 471-4160
Email: daniel@slfla.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN DONNAHOO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AVERY PRODUCTS CORPORATION<br><br>Defendant. | Case No.: 8:25-cv-00609-DOC-KES<br><br><br>**PLAINTIFF BRIAN DONNAHOO'S NOTICE OF VOLUNTARY DISMISSAL** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Brian Donnahoo, by and through his counsel of record, hereby voluntarily dismisses his action without prejudice.

[*SIGNATURE BLOCK ON FOLLOWING PAGE*]

Dated: April 28, 2025

By: */s/ Daniel Srourian*
Daniel Srourian, Esq. [SBN 285678]
SROURIAN LAW FIRM, P.C.
468 N. Camden Dr., Suite 200
Beverly Hills, CA 90210
Telephone: (213) 474-3800
Fax: (213) 471-4160
Email: daniel@slfla.com

Eduard Korsinsky*
Mark Svensson*
**LEVI & KORSINSKY, LLP**
33 Whitehall Street, 17th Floor
New York, NY 10004
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
Email: ek@zlk.com
Email: msvensson@zlk.com

*Attorneys for Plaintiff and the Proposed Class*

**pro hac vice* forthcoming